IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON TURNER IVORY,<br><br>                  Plaintiff,<br><br>vs.<br><br>LONG, cpl, Individual and Official capacity; BECKY, Ms., Account/Funds Handler, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97092, Individual and Official capacity; UNKNOWN, sgt, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97051, Individual and Official capacity; UNKNOWN SHERIFF, Sheriff, Individual and Official capacity; BRANDON, Head United States Marshal, Individual and Official capacity; JON, Shield Number 52, Individual and Official capacity; UNKNOWN, Nurse, Individual and Official capacity; UNKNOWN, Doctor, Individual and Official capacity; and UNKNOWN, Capt, Individual and Official capacity;<br><br>                  Defendants. | 8:24CV496<br><br>MEMORANDUM AND ORDER |

This matter is before the Court for case management. On January 2, 2025, the Court granted a motion seeking leave to proceed IFP filed by Shannon Turner Ivory ("Plaintiff"). Filing No. 56. Plaintiff was ordered to pay the entire filing fee of $350.00 and was granted leave to file an amended complaint no later than February 3, 2025. *See Id.* at 5.

While Plaintiff paid the filing fee, to date Plaintiff has not filed an amended complaint or asked for an extension of time in which to do so. In the January 2 Order this Court explained that amendment of the complaint was necessary both because the

complaint did not comply with Federal Rule of Civil Procedure 8 pleading requirements and because the initial complaint in this matter was filed as a joint complaint rendering it impossible possible for this Court to determine what factual allegations related to each joint plaintiff. *Id.* at 2–4. Plaintiff was warned that a failure to file an amended complaint by the February 3, 2025, deadline may result in dismissal of his case without further notice.

Accordingly, the Court will require Plaintiff to show cause why this case should not be dismissed for his failure to file an amended complaint consistent with this Court's January 2 Order.

IT IS THEREFORE ORDERED that:

1. Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to file an amended complaint, which Plaintiff may do so by providing an explanation to this Court as to why an amended complaint has not been filed or via filing an amended complaint no later than **April 3, 2025**. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **April 3, 2025**: check for response to show cause order.

Dated this 4th day of March, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court