IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANNON TURNER IVORY,

                    Plaintiff,

          vs.

LONG, cpl, Individual and Official capacity;
BECKY, Ms., Account/Funds Handler,
Individual and Official capacity;
UNKNOWN, cpl, Shield Number 97092,
Individual and Official capacity;
UNKNOWN, sgt, Individual and Official
capacity;  UNKNOWN, cpl, Shield Number
97051, Individual and Official capacity;
UNKNOWN SHERIFF, Sheriff, Individual
and Official capacity;  BRANDON, Head
United States Marshal, Individual and
Official capacity;  JON, Shield Number 52,
Individual and Official capacity;
UNKNOWN, Nurse, Individual and Official
capacity;  UNKNOWN, Doctor, Individual
and Official capacity; and  UNKNOWN,
Capt, Individual and Official capacity;

                    Defendants.

8:24CV496


MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  On March 4, 2025, the Clerk of the Court sent an order to Plaintiff Shannon Turner Ivory ("Plaintiff") at his last known address at the Dakota County Jail.  Filing No. 57.   The Court has since learned that it appears Plaintiff has been transferred to FCI Florence, in Florence, Colorado, however Plaintiff has not provided this Court with his updated address or otherwise responded to this Court's recent orders requiring him to show cause as to why this case should not be dismissed for failure to file an amended complaint (the "Order to Show Cause").  *See Id.*

Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1.     Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2     The Clerk of the Court is directed to send a copy of this Memorandum and Order, the Order to Show Cause at Filing No. 57, as well as Filing No. 56 and a copy of Form Pro Se 14 ("Complaint for Violation of Civil Rights (Prisoner)", to both Plaintiff's last known address and to the following address, which is Plaintiff's current location according to the Federal Bureau of Prisons website:[1]

> Shannon Turner Ivory #90482-510
> FCI Florence
> Federal Correctional Institution
> PO Box 6000
> FLORENCE, CO   81226

3.     Due to Plaintiff's apparent institutional transfer, the Court sua sponte extends the deadline to comply with the Order to Show Cause requiring him to amend his complaint to 30 days from the date of this Order. Filing No. 57. A failure to respond to the Order to Show Cause will result in dismissal of this action without further notice to Plaintiff.

4.     The Clerk of the Court is further directed to remove the prior case management deadline of **April 3, 2025**: check for response to show cause order, and to

---

[1]     *See* Federal Bureau of Prisons, *Find an inmate by name*, https://www.bop.gov/mobile/find_inmate/byname.jsp (last visited Apr. 22, 2025).

set a pro se case management deadline in this case using the following text: **May 22, 2025**: check for updated address and response to order to show cause.

5.    To the extent Plaintiff requires additional time to respond to any portion of this Memorandum and Order, Plaintiff must file a written motion to extend the deadline to comply before the May 22, 2025, deadline has passed.


Dated this 22nd day of April, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court