IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANNON TURNER IVORY,

Plaintiff,

vs.

LONG, cpl, Individual and Official capacity;
BECKY, Ms., Account/Funds Handler,
Individual and Official capacity;
UNKNOWN, cpl, Shield Number 97092,
Individual and Official capacity;
UNKNOWN, sgt, Individual and Official
capacity;  UNKNOWN, cpl, Shield Number
97051, Individual and Official capacity;
UNKNOWN SHERIFF, Sheriff, Individual
and Official capacity;  BRANDON, Head
United States Marshal, Individual and
Official capacity;  JON, Shield Number 52,
Individual and Official capacity;
UNKNOWN, Nurse, Individual and Official
capacity;  UNKNOWN, Doctor, Individual
and Official capacity; and  UNKNOWN,
Capt, Individual and Official capacity;

Defendants.

8:24CV496

MEMORANDUM AND ORDER

On January 2, 2025, the Court ordered Plaintiff Shannon Turner Ivory ("Plaintiff") to pay the full filing fee of $350.00 and to file an amended complaint within 30 days or face dismissal of this action.  Filing No. 56.  While Plaintiff paid the full filing fee, *see* January 10, 2025 text entry, he failed to file an amended complaint.  The Court then ordered Plaintiff to show cause why the case should not be dismissed for failure to file an amended complaint in accordance with the January 2 Memorandum and Order, granting Plaintiff through April 3, 2025, to comply (the "OTSC") or his case would be dismissed. Filing No. 57 at 2.

The Court became aware that Plaintiff appeared to have been transferred from the Dakota County Jail to FCI Florence sometime after the OTSC had been entered. Filing No. 58. As a result, on April 22, 2025, Plaintiff was ordered to update his address by May 22, 2025, or this action would be dismissed. *Id.* at 2-3. The Court also *sua sponte* extended the deadline for Plaintiff to amend his complaint to May 22, 2025, warning him that a failure to comply would result in the dismissal of his case, and sent a copy of the OTSC to FCI Florence where Plaintiff was believed to be housed. *Id.* at 2.

To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order, and the corresponding judgment to both Plaintiff's last known address and to the following address, which is Plaintiff's current location according to the Federal Bureau of Prisons website:

> Shannon Turner Ivory #90482-510
> FCI Florence
> Federal Correctional Institution
> PO Box 6000
> FLORENCE, CO 81226

Dated this 23rd day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court